UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE NOEL NUNN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES DZURENDA, et al.,<br><br>　　　　　Defendants. | Case No.  2:24-cv-01788-GMN-EJY<br><br>**ORDER** |

　　　　On September 24, 2024, Plaintiff submitted a Civil Rights Complaint. ECF No. 1-1. Plaintiff neither paid the $405 filing fee nor filed an application to proceed *in forma pauperis*, one of which is necessary to commence a civil action.

　　　　Plaintiff must pay the filing fee or complete an application to proceed *in forma pauperis*. To proceed *in forma pauperis*, that is, without **prepaying** the filing fee, Plaintiff must comply with 28 U.S.C. § 1915(a) and Local Rule LSR 1-2.  This requires Plaintiff to submit **three** required documents to the Court including: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (*i.e.* pages 1 through 3 with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (*i.e.* page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

　　　　Accordingly, IT IS HEREBY ORDERED that no later than **November 22, 2024**, Plaintiff must either pay the $405 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

　　　　IT IS FURTHER ORDERED that the Clerk of the Court **must** send to Plaintiff (1) the application to proceed *in forma pauperis* for inmates, and (2) instructions for completing this form.

IT IS FURTHER ORDERED that failure to pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **November 22, 2024**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

Dated this 25th day of September, 2024

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE